IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:00-CR-151 |
| | ) | |
| MANUEL ROBLES-SANDOVAL | ) | |

## **O R D E R**

The government's motion to dismiss as to defendant Manuel Robles-Sandoval [doc. 46] is **GRANTED** for the reasons provided therein. Pursuant to Federal Rule of Criminal Procedure 48(a), the indictment in this case is **DISMISSED** as to defendant Manuel Robles-Sandoval only.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge